[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 569.]

THE STATE EX REL. KNAUFF, APPELLANT, *v*. CONRAD, ADMR., ET AL., APPELLEES.

[Cite as *State ex rel. Knauff v. Conrad*, 2001-Ohio-115.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 00-1692—Submitted April 24, 2001—Decided June 6, 2001.)

APPEAL from the Court of Appeals for Franklin County, No. 99AP-1164.

———————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

———————————

*Urbane Co., L.P.A.*, and *Anthony P. Christine*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Kimberly M. Connett*, Assistant Attorney General, for appellee Industrial Commission.

*Warren & Young, P.L.L., Carl F. Muller* and *Katherine S. Riedel*, for appellee Andover Industries, d.b.a. Buffalo Molded Plastics, Inc.

———————————